# PD-0402-15

June 1, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 05 2015
Abel Acosta, Clerk

Mr. Abel Acosta
Chief Court of Clerk
Texas Court of Criminal Appeals
PO Box 12308
Austin Texas 78711-2308

RE: Petition for Discretionary Review, Lack of Council, Indigent unable to hire aproperete Legal Council. COA NO:14-14-00704-CR

Dear Mr Acosta

Enclosed is a letter asking for the Court to Apoint me Legal Council to handle my Petition for Discretionary Review.

David Glynn Nunn, JR
TDCJ-ID 1946852
Garza East Transfer Facility
4304 HighwAy 202
Beeville, Texas 78102

FILED IN
COURT OF CRIMINAL APPEALS
JUN 10 2015
Abel Acosta, Clerk

Thank you for your assistance

Sincerely,

David Nunn JR

June 1, 2015

Your Honor

I am writing today due to the fact my court Apointed council Wayne T. Hill Attorney at Law who was Apointed by the Honoreble Judge Renee McBee of the 337th Judicial Court of Harris County Texas. In a letter Mr. Hill notified me he would no longer be handling my Appeal or my Petition for Discretionary Review which is due by July 10, 2015

I am asking if the court will Apoint me legal Representation for my Petition for Discretionary Review and the ongoing Appeal process due to the fact I Am Indegent and unable to hire Legal Representation in this matter.

I know without Adequate Representation I am at a great disadvantage to complete the required paper work that is required to file my petition for Discretionary Review.

Thank you for your Concideration on this matter.

David Nunn, Jr